UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

DATE: 1/23/02   CASE NUMBER: CR 02-00050-001-PHX-SMM

USA vs. Malick M. Njai

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney Darcy Cerow for M. Malaika Rahi-Loo  INTERPRETER ___  LANGUAGE ___

Attorney for Defendant Jay Ciulla for Kenneth P. Bemis (Retained)

☒ FILED  ___ LODGED  ___ RECEIVED  ___ COPY  
JAN 25 2002  
CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY _____ DEPUTY

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA ___  
☐ Initial Appearance  ☐ Appointment of counsel hearing held  
☐ Financial Afdvt taken  ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed  
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**  
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset  
Set for:  
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released ___  
☐ Defendant continued detained pending trial  
  ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**  
☒ Held  ☐ Con't  ☐ Reset  
Set for:  
Before:

Plea of NOT guilty entered to Counts <u>all pending</u>.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on 3/5/02 at 9:00 AM in Courtroom 605 before JUDGE McNAMEE

STATUS HEARING RE: Set for   before

Other: ___

RECORDED: Cass. A02-9: 0-1011  
BY: Sherise Hargrove  
Deputy Clerk

(10)

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on January 25, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WXDJSVhk\hT_