IN E UNITED STATES DISTRICT JRT
FOR THE DISTRICT OF ARIZONA

Phoenix **CRIMINAL MINUTES**

```
FILED    ___ LODGED
___ RECEIVED ___ COPY
    MAR 2 8 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

CR 02-00050-001-PHX-SMM          Date: 3/27/02
CASE NUMBER

Hon. STEPHEN M. MCNAMEE, Chief United States District Judge    Judge #: 7020

USA v. Malick Njai

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk A.L. Larsen              Crt Rptr: David Lee

U.S. Atty: M. Malaika Rahi-Loo        Intrptr: _____

Dft Atty: Kenneth Bemis, (Retained)   ☒ Present

---

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT     [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _  ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of TIME SERVED on Cts(s) 2

☒ Supervised release term of 1 Year by law Ct(s) 2

☒ Fine of $0.00 on Ct(s) 2                         TOTAL FINE $0.00

☒ Restitution of $0.00 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 2

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are DISMISSED

☐ Order bond exonerated         ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal and acknowleges his waiver of his appeal rights

☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☐ Add't'l conditions probation/supervised release: _____

☐ Other: _____

USA, PO, PSA, Counsel(Kenneth Bemis)

(21)