P_B-9 wpd
PROB AZ B-9
(Rev 9/94)

UNITED STATES DISTRICT COURT
FOR THE

DISTRICT OF ARIZONA

___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

MAR 2 4 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. CR02-00050-001-PHX-SMM |
| v. ) | |
| ) | |
| NJAI, MALICK ) | |

## WAIVER AND ORDER

Modification of Supervised Release Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐ any unfavorable modification of my conditions of probation. 18 USC 3563(c).

X  any unfavorable modification of my conditions of supervised release. 18 USC 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1.  You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

ORDER OF COURT

Considered and ordered this _21_ day of _March_, _2003_ and ordered filed and made a part of the records in the above case.

_____
Stephen M. McNamee
Chief U.S. District Judge

X _Malick Njai_
Malick Njai
Defendant

_____
Date

_Donna Bates_
Donna M. Bates
U.S. Probation Officer

_1/8/03_
Date