# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Malick Njai, | ) NO. CR 02-50-PHX-SMM |
| --- | --- |
| Petitioner, | ) CV 06-1991-PHX-SMM (MEA) |
| v. | ) **JUDGMENT** |
| United States of America, | ) |
| Respondent | ) |

This action came on for consideration before the Court, and the issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this court; petitioner's motion for Application for Writ in the Nature of Error Coram Nobis is denied. This action is terminated.

DATED at Phoenix, Arizona, this 17 day of April, 2007.

RICHARD H. WEARE
District Court Executive/Clerk

 s/ L. Fettis
By: Deputy Clerk

cc: (all counsel)