FILED

FEB 08 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MALICK M. NJAI, Defendant - Appellant. | No. 07-16029 D.C. Nos. CV-06-01991-SMM CR-02-00050-SMM District of Arizona, Phoenix ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant to substitute retained counsel Karl W. Krooth, Esq., 550 Montgomery Street, Suite 550, San Francisco, California 94111, (415) 981-1616, in place of retained counsel Lora B. Sanders, Esq., is denied as unnecessary. Counsel is informed that a notice of appearance is adequate to substitute one retained attorney for another retained attorney.

Appellant's motion for judicial notice is referred to the panel assigned to hear the merits of this appeal.

Appellant's motion on behalf of The American Immigration Law Foundation for leave to file an amicus brief is denied without prejudice to renewal accompanied by the proposed brief and stating the movant's interest and the

07-16029

why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case. *See* Fed. R. App. P. 29(b).

The motion for an extension of time to file the opening brief is granted. The opening brief is now due March 17, 2008; appellee's answering brief is due April 16, 2008; and the optional reply brief is due 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel, Lora B. Sanders, Esq.

The Clerk shall amend the docket to reflect that Karl W. Krooth, Esq., is appellant's retained counsel of record.

*Peter L. Shaw*
General Order 6.3(e)